UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LIESHA GONZALEZ, JOSE A. DELGADO,
LIESHA DELGADO and JASON SANCHEZ,

                          Plaintiffs,

              -against-

CITY OF NEW YORK; Captain RAYMOND FESTINO; Lieutenant KEVIN COLON; Sergeant RICHARD JOHNSON, Shield No. 841; Detective ERIC ANDREOLI, Shield No. 3178; Detective ANTHONY CASILLA, Shield No. 7367; Detective CHRISTOS DEFTEREOS, Shield No. 1081; Detective KENNETH BAKER, Shield No. 5651; Detective ROSA GONZALEZ-NOA, Shield No. 1999; Detective DAVID ROBERTS, Shield No. 2338; JOHN and JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                         Defendants.

------------------------------------------------------------------ x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 21 2013 ★
BROOKLYN OFFICE

**(Proposed) Order**

12 CV 2776 (JG) (RML)

       The following rulings were made on the record during the telephone conference in this matter held on May 6, 2013:

       1.    By July 15, 2013, defendants shall produce to plaintiffs the individual defendants' disciplinary files containing allegations of misconduct similar to those alleged in plaintiffs' complaint, and those involving allegations of dishonesty, including files containing open allegations and those files that post-date the incident,

provided that with respect to files containing open allegations defendants may redact such portions of the file as contain preliminary findings or the views of the investigator regarding the investigation.

2. By July 15, 2013, defendants shall produce to plaintiffs the outstanding discovery outlined in plaintiffs' letter dated April 25, 2013. If any of the discovery sought by plaintiffs does not exist or cannot be located, defendants shall notify plaintiffs of same by July 15, 2013.

3. Defendants shall produce recent color photographs of the defendant officers to plaintiffs. The photographs will be kept in the possession of plaintiffs' counsel subject to the terms of the confidentiality stipulation previously entered, and will be returned or destroyed at the conclusion of the litigation.

4. The deposition of plaintiff Jason Sanchez shall be conducted within two weeks of the production of the photographs.

5. Discovery is hereby extended to August 15, 2013.

                                                          s/Robert M. Levy
                                                          Robert M. Levy
                                                          United States Magistrate Judge

Dated: Brooklyn, New York
       5/16/13